PROB 12C
(7/93)

Report Date: July 24, 2014

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kevin Lee McDaniel | Case Number: 2:98CR00035-FVS-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: September 22, 1998

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 924(e) | | |
| Original Sentence: | Prison - 180 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: July 19, 2011 | |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: July 18, 2016 | |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/20/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 14**: The defendant shall be subject to continued substance abuse testing and treatment as directed by the probation officer.<br><br>**Supporting Evidence**: Kevin McDaniel violated the conditions of his supervised release in Spokane, Washington, by failing to appear for substance abuse counseling on July 10, 14, and 15, 2014. |

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

**Prob12C**
**Re: McDaniel, Kevin Lee**
**July 24, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/24/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

s/Fred Van Sickle

Signature of Judicial Officer

July 25, 2014

Date