PROB 12C
(7/93)

Report Date: July 30, 2014

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin Lee McDaniel	Case Number: 2:98CR00035-FVS-1

Address of Offender: ███████████ , Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: September 22, 1998

Original Offense:	Felon in Possession of Firearm, 18 U.S.C. § 924(e)

Original Sentence:	Prison - 180 months	Type of Supervision: Supervised Release
	TSR - 60 months

Asst. U.S. Attorney:	U.S. Attorneys Office	Date Supervision Commenced: July 19, 2011

Defense Attorney:	John Barto McEntire, IV	Date Supervision Expires: July 18, 2016

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/20/2014 and 07/24/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 14**: The defendant shall be subject to continued substance abuse testing and treatment as directed by the probation officer. |
| | **Supporting Evidence**: Kevin McDaniel violated the conditions of his supervised release in Spokane, Washington, by submitting a urine test on July 28, 2014, that tested positive for marijuana. The offender signed the Admission of Drug use form on July 28, 2014. |
| 7 | **Special Condition # 14**: The defendant shall be subject to continued substance abuse testing and treatment as directed by the probation officer. |
| | **Supporting Evidence**: Kevin McDaniel violated the conditions of his supervised release in Spokane, Washington, by failing to appear for substance abuse counseling on July 28, 2014. |

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/20/2014 and 07/24/2014, **and issue a warrant.**

Prob12C
**Re: McDaniel, Kevin Lee**
July 30, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/30/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court, and to issue a warrant.
- [ ] Defendant to appear before the Judge assigned to the case.
- [✓] Defendant to appear before the Magistrate Judge.
- [ ] Other

Fred Van Sickle

Signature of Judicial Officer

8/1/14
Date