PROB 12C
(7/93)

Report Date: September 30, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin Lee McDaniel  Case Number: 2:98CR00035-FVS-1

Address of Offender: ▮

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: September 22, 1998

Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 924(e)

Original Sentence: Prison - 180 months  Type of Supervision: Supervised Release
TSR - 60 months

Asst. U.S. Attorney: U.S. Attorney's Office  Date Supervision Commenced: July 19, 2011

Defense Attorney: John Barto McEntire, IV  Date Supervision Expires: July 18, 2016

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/20/2014, 07/24/2014 and 07/30/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

8 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Kevin McDaniel violated the conditions of his supervised release in Spokane, Washington, on or about September 3, 2014, by testing positive for methamphetamine and marijuana.

9 | **Special Condition # 14**: The defendant shall be subjected to continued substance abuse testing and treatment as directed by the probation officer.

**Supporting Evidence**: Kevin McDaniel violated the conditions of his supervised release in Spokane, Washington, by failing to participate successfully in substance abuse treatment as directed by the probation officer. Kevin McDaniel was unsuccessfully terminated from Sunray Court intensive inpatient treatment program on September 25, 2014.

Prob12C
**Re: McDaniel, Kevin Lee**
**September 30, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/30/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

9/30/14

Date