PROB 12C
(7/93)

Report Date: November 7, 2014

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kevin Lee McDaniel | Case Number: 2:98CR00035-FVS-1 |
| Address of Offender: ███████████████████████ | |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: September 22, 1998

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm, 18 U.S.C. § 924(e) | |
| Original Sentence: | Prison - 180 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ronald W. Skibbie | Date Supervision Commenced: July 19, 2011 |
| Defense Attorney: | John Barto McEntire, IV | Date Supervision Expires: July 18, 2016 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/20/2014, 07/24/2014, 07/30/2014, and 09/30/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

Case 2:98-cr-00035-WFN    Document 105    Filed 12/01/14

Prob12C
**Re: McDaniel, Kevin Lee**
**November 7, 2014**
**Page 2**

**Supporting Evidence**: Kevin McDaniel violated the conditions of his supervised release in Spokane, Washington, on or about October 7, 2014, by testing positive for marijuana. Mr. McDaniel signed an admission of use form confirming the use.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 7, 2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[ x ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[  ]  Defendant to appear before the Magistrate Judge.
[  ]  Other

Signature of Judicial Officer

12/1/2014
Date