PROB 12C
(7/93)

Report Date: April 23, 2015

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2015

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin Lee McDaniel    Case Number: 0980 2:98CR00035-FVS-1

Address of Offender: [redacted]

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 22, 1998

Original Offense: Felon in Possession of Firearm, 18 U.S.C. § 924(e)

Original Sentence: Prison - 180 months; TSR - 60 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Pamela J. Byerly    Date Supervision Commenced: July 19, 2011

Defense Attorney: Roger Peven    Date Supervision Expires: July 18, 2016

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 22, 2015, Kevin McDaniel was arrested for driving while under the influence of intoxicants. Charges remain pending in Spokane County District Court. |
| 2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: On April 22, 2015, Kevin McDaniel was found to be intoxicated beyond the legal limit to operate a motor vehicle. |
| 3 | **Special Condition # 17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. McDaniel was arrested for driving while under the influence of alcohol on April 22, 2015. Consuming alcohol is in violation of the conditions of the treatment program that Mr. McDaniel is currently involved in.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/23/2015

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

s/Fred Van Sickle
Signature of Judicial Officer

April 24, 2015
Date